UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ALPHA RECYCLING, INC., :
                        Plaintiff, :
: 14-CV-5015 (JPO)
v. :
: ORDER OF REFERENCE
TIMOTHY CROSBY, doing business as Converter :
Guys, Converterguys.com, and Recycling Alpha, :
:
                       Defendant. :
:
-------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge, for the following purpose:

| | |
|---|---|
| __X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | _____ HABEAS CORPUS |
| _____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | _____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| _____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _____ SOCIAL SECURITY |
| _____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE: | _____ SETTLEMENT |
| _____ JURY SELECTION | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF: |

     SO ORDERED.

Dated: August 19, 2014
       New York, New York

                                           _____
                                              J. PAUL OETKEN
                                              United States District Judge

Copy mailed by chambers on 8/19/14 to Pro Se party