UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 9-15-14
```

ALPHA RECYCLING, INC.,

      Petitioner,

- against -

TIMOTHY CROSBY,

      Respondent.

ORDER

14-CV-5015 (JPO) (RLE)

**THE HONORABLE RONALD L. ELLIS, U.S.M.J.:**

Following an initial telephonic conference before the Court on September 15, 2014,

**IT IS HEREBY ORDERED THAT** the cutoff date for discovery is **December, 15, 2014.**

SO ORDERED this 15th day of September 2014
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge

**MAILED BY CHAMBERS**